

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2024

No. 04-23-01111-CV

In the **MATTER OF THE MARRIAGE OF** Geoffrey **PAWLACZYK** and Renee Pawlaczyk, and In the Interest of G.D.P. and N.L.P., Children

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 20-439
Honorable Kirsten Cohoon, Judge Presiding

**ORDER**

In accordance with the court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 42.3(a),(c).

It is so **ORDERED** on April 10, 2024.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2024.

_____
Luz Estrada, Chief Deputy Clerk